# EXHIBIT 3

EPHRAIM WOODS  11/13/2018

```
 1                    UNITED STATES DISTRICT COURT
                            DISTRICT OF KANSAS
 2

 3    KENDRA ROSS,                       )
                                         )
 4            Plaintiff,                 )
                                         )
 5            vs.                        )   Case No. 17-cv-2547-DDC-TJJ
                                         )
 6    ROYALL JENKINS, et al.,            )
                                         )
 7            Defendants.                )

 8

 9

10

11

12              SCHEDULED DEPOSITION OF EPHRAIM WOODS

13                  TAKEN ON BEHALF OF PLAINTIFF

14                       NOVEMBER 13, 2018

15                          10:30 A.M.

16        BETH A. KALTENBERGER, CCR, CSR, RPR, CRR

17

18

19

20

21

22

23

24

25
```

EPHRAIM WOODS 11/13/2018

Page 2

```
 1                    I N D E X

 2

 3                                          PAGE

 4   DEPOSITION INFORMATION                   3

 5

 6   APPEARANCES                              4

 7
     SCHEDULED DEPOSITION OF EPHRAIM WOODS
 8

 9
     CERTIFICATE OF REPORTER                  6
10

11

12   DEPOSITION EXHIBITS

13   Exhibit 1   Subpoena                     5

14   Exhibit 2   Affidavit of Service         5

15

16

17

18

19

20

21

22

23

24

25
```

EPHRAIM WOODS  11/13/2018

```
 1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF KANSAS
 2

 3     KENDRA ROSS,                    )
                                       )
 4            Plaintiff,               )
                                       )
 5            vs.                      )   Case No. 17-cv-2547-DDC-TJJ
                                       )
 6     ROYALL JENKINS, et al.,         )
                                       )
 7            Defendants.              )

 8

 9

10              SCHEDULED DEPOSITION OF EPHRAIM WOODS,

11     November 13, 2018, at 10:00 a.m., of that day, at

12     Stinson Leonard Street, 1201 Walnut Street, Kansas

13     City, Missouri, before Beth A. Kaltenberger, a

14     Certified Court Reporter, Certified Shorthand

15     Reporter, Registered Professional Reporter and

16     Certified Realtime Reporter, in a certain cause now

17     pending in the United States District Court, District

18     of Kansas, wherein KENDRA ROSS is the Plaintiff and

19     ROYALL JENKINS, et al., are the Defendants.

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2         For the Plaintiff:

 3         MS. ELIZABETH A. HUTSON
           MCGUIRE WOODS LLP
 4         2001 K Street N.W.
           Suite 400
 5         Washington, D.C., 20006
           (202) 857-1700
 6         ehutson@mcguirewoods.com

 7
           Court Reporter:
 8
           MS. BETH A. KALTENBERGER
 9         CSR, RPR, CRR, CCR MO #1335, KS #1714
           Alaris Litigation Services
10         1608 Locust Street
           Kansas City, Missouri 64108
11         (816) 221-1160
           www.alarislitigation.us
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EPHRAIM WOODS  11/13/2018

```
 1                    NOVEMBER 13, 2018; 10:30 A.M.

 2

 3              MS. HUTSON:  My name is Betsy Hutson with

 4     McGuire Woods, representing Plaintiff Judgment

 5     Creditor Kendra Ross.  This is the deposition of

 6     Mr. Ephraim Woods in the matter of Ross v. Jenkins,

 7     Case Number 2:17-cv-2547 in the United States District

 8     Court for the District of Kansas.

 9              Mr. Woods was served with a subpoena

10     commanding him to appear at 10:00 a.m. on

11     November 13th, 2018.  It is currently 10:30 a.m., and

12     Mr. Woods has not appeared, and we have not received

13     any calls indicating whether Mr. Woods is running late

14     or otherwise plans to appear.  We are currently at

15     Stinson Leonard Street, 1201 Walnut Street,

16     Suite 2900, Kansas City, Missouri 64106.

17              Exhibit 1 to this deposition is the

18     subpoena that was served on Mr. Woods to testify here

19     today.  Exhibit 2 to the deposition is the affidavit

20     of service of the subpoena on Mr. Woods.

21              We will keep the deposition open for a time

22     that is mutually agreed, but reserve all rights to

23     enforce the subpoena as it is today.

24                    (Conclusion at 10:30 a.m.)

25                         -o0o-
```

```
 1                    CERTIFICATE OF REPORTER

 2

 3              I, Beth A. Kaltenberger, a Certified Court

 4    Reporter for the State of Missouri, do hereby certify:

 5              That the foregoing proceedings were taken

 6    before me at the time and place herein set forth; that

 7    any witnesses in the foregoing proceedings, prior to

 8    testifying, were placed under oath; that a verbatim

 9    record of the proceedings was made by me to the best

10    of my ability, using machine shorthand which was

11    thereafter transcribed under my direction; further,

12    that the foregoing is a true record of the testimony

13    given.

14              Before completion, review of the transcript

15    was not requested.

16              I further certify that I am not interested

17    in the outcome of the action.

18

19    WITNESS my hand this 19th day of November, 2018.

20

21

22

23

24    _____
                BETH A. KALTENBERGER, RPR
25              MO CCR 1335   KS CCR 1714
```

EPHRAIM WOODS  11/13/2018

**A**
a.m 1:15 3:11 5:1
  5:10,11,24
ability 6:10
action 6:17
affidavit 2:14
  5:19
agreed 5:22
al 1:6 3:6,19
Alaris 4:9
appear 5:10,14
APPEARANC...
  2:6
appeared 5:12

**B**
BEHALF 1:13
best 6:9
Beth 1:16 3:13
  4:8 6:3,24
Betsy 5:3

**C**
C 4:1
calls 5:13
Case 1:5 3:5 5:7
cause 3:16
CCR 1:16 4:9
  6:25,25
certain 3:16
CERTIFICATE
  2:9 6:1
Certified 3:14,14
  3:16 6:3
certify 6:4,16
City 3:13 4:10
  5:16
commanding
  5:10
completion 6:14
Conclusion
  5:24
Court 1:1 3:1,14
  3:17 4:7 5:8
  6:3
Creditor 5:5
CRR 1:16 4:9

CSR 1:16 4:9
currently 5:11,14

**D**
D 2:1
D.C 4:5
day 3:11 6:19
Defendants 1:7
  3:7,19
deposition 1:12
  2:4,7,12 3:10
  5:5,17,19,21
direction 6:11
District 1:1,1 3:1,1
  3:17,17 5:7,8

**E**
E 2:1 4:1,1
ehutson@mc...
  4:6
ELIZABETH 4:3
enforce 5:23
Ephraim 1:12
  2:7 3:10 5:6
et 1:6 3:6,19
Exhibit 2:13,14
  5:17,19
EXHIBITS 2:12

**F**
foregoing 6:5,7
  6:12
forth 6:6
further 6:11,16

**G**
given 6:13

**H**
hand 6:19
Hutson 4:3 5:3
  5:3

**I**
indicating 5:13
INFORMATION
  2:4
interested 6:16

**J**
Jenkins 1:6 3:6
  3:19 5:6
Judgment 5:4

**K**
K 4:4
Kaltenberger
  1:16 3:13 4:8
  6:3,24
Kansas 1:1 3:1,12
  3:18 4:10 5:8
  5:16
keep 5:21
Kendra 1:3 3:3
  3:18 5:5
KS 4:9 6:25

**L**
late 5:13
Leonard 3:12
  5:15
Litigation 4:9
LLP 4:3
Locust 4:10

**M**
machine 6:10
matter 5:6
McGuire 4:3
  5:4
Missouri 3:13
  4:10 5:16 6:4
MO 4:9 6:25
mutually 5:22

**N**
N 2:1 4:1
N.W 4:4
name 5:3
November 1:14
  3:11 5:1,11 6:19
Number 5:7

**O**
o0o- 5:25
oath 6:8

open 5:21
outcome 6:17

**P**
P 4:1,1
PAGE 2:3
pending 3:17
place 6:6
placed 6:8
Plaintiff 1:4,13
  3:4,18 4:2 5:4
plans 5:14
prior 6:7
proceedings
  6:5,7,9
Professional
  3:15

**Q**

**R**
R 4:1
Realtime 3:16
received 5:12
record 6:9,12
Registered 3:15
Reporter 2:9
  3:14,15,15,16
  4:7 6:1,4
representing
  5:4
requested 6:15
reserve 5:22
review 6:14
rights 5:22
Ross 1:3 3:3,18
  5:5,6
ROYALL 1:6 3:6
  3:19
RPR 1:16 4:9
  6:24
running 5:13

**S**
S 4:1
SCHEDULED
  1:12 2:7 3:10

served 5:9,18
service 2:14
  5:20
Services 4:9
set 6:6
shorthand 3:14
  6:10
State 6:4
States 1:1 3:1,17
  5:7
Stinson 3:12
  5:15
Street 3:12,12
  4:4,10 5:15,15
subpoena 2:13
  5:9,18,20,23
Suite 4:4 5:16

**T**
taken 1:13 6:5
testify 5:18
testifying 6:8
testimony 6:12
time 5:21 6:6
today 5:19,23
transcribed 6:11
transcript 6:14
true 6:12

**U**
United 1:1 3:1,17
  5:7

**V**
v 5:6
verbatim 6:8
vs 1:5 3:5

**W**
Walnut 3:12
  5:15
Washington 4:5
WITNESS 6:19
witnesses 6:7
Woods 1:12 2:7
  3:10 4:3 5:4,6
  5:9,12,13,18

EPHRAIM WOODS  11/13/2018

| | | | | |
|---|---|---|---|---|
| 5:20 | 5 2:13,14 | | | |
| www.alarisliti ... | | | | |
| 4:11 | 6 | | | |
| | 6 2:9 | | | |
| X | 64106 5:16 | | | |
| X 2:1 | 64108 4:10 | | | |
| Y | 7 | | | |
| Z | 8 | | | |
| | 816 4:11 | | | |
| 0 | 857-1700 4:5 | | | |
| 1 | | | | |
| 1 2:13 5:17 | | | | |
| 10:00 3:11 5:10 | | | | |
| 10:30 1:15 5:1,11 | | | | |
| 5:24 | | | | |
| 1201 3:12 5:15 | | | | |
| 13 1:14 3:11 5:1 | | | | |
| 1335 4:9 6:25 | | | | |
| 13th 5:11 | | | | |
| 1608 4:10 | | | | |
| 17-cv-2547-D ... | | | | |
| 1:5 3:5 | | | | |
| 1714 4:9 6:25 | | | | |
| 19th 6:19 | | | | |
| 2 | | | | |
| 2 2:14 5:19 | | | | |
| 2:17-cv-2547 | | | | |
| 5:7 | | | | |
| 20006 4:5 | | | | |
| 2001 4:4 | | | | |
| 2018 1:14 3:11 | | | | |
| 5:1,11 6:19 | | | | |
| 202 4:5 | | | | |
| 221-1160 4:11 | | | | |
| 2900 5:16 | | | | |
| 3 | | | | |
| 3 2:4 | | | | |
| 4 | | | | |
| 4 2:6 | | | | |
| 400 4:4 | | | | |
| 5 | | | | |

```
 1                    UNITED STATES DISTRICT COURT
                           DISTRICT OF KANSAS
 2

 3    KENDRA ROSS,                     )
                                       )
 4           Plaintiff,                )
                                       )
 5           vs.                       )  Case No. 17-cv-2547-DDC-TJJ
                                       )
 6    ROYALL JENKINS, et al.,          )
                                       )
 7           Defendants.               )

 8

 9

10

11

12            SCHEDULED DEPOSITION OF GRIEGORY MOTEN

13                 TAKEN ON BEHALF OF PLAINTIFF

14                        NOVEMBER 13, 2018

15                           2:00 P.M.

16         BETH A. KALTENBERGER, CCR, CSR, RPR, CRR

17

18

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2

 3                                                    PAGE

 4    DEPOSITION INFORMATION                             3

 5

 6    APPEARANCES                                        4

 7
      SCHEDULED DEPOSITION OF GRIEGORY MOTEN
 8

 9
      CERTIFICATE OF REPORTER                            6
10

11

12    DEPOSITION EXHIBITS

13    Exhibit 1   Subpoena                               5

14    Exhibit 2   Affidavit of Service                   5

15

16

17

18

19

20

21

22

23

24

25
```

GRIEGORY MOTEN  11/13/2018

```
 1                    UNITED STATES DISTRICT COURT
                           DISTRICT OF KANSAS
 2

 3     KENDRA ROSS,                  )
                                     )
 4            Plaintiff,             )
                                     )
 5            vs.                    )   Case No. 17-cv-2547-DDC-TJJ
                                     )
 6     ROYALL JENKINS, et al.,       )
                                     )
 7            Defendants.            )

 8

 9

10              SCHEDULED DEPOSITION OF GRIEGORY MOTEN,

11     November 13, 2018, at 2:00 p.m. of that day, at

12     Stinson Leonard Street, 1201 Walnut Street, Kansas

13     City, Missouri, before Beth A. Kaltenberger, a

14     Certified Court Reporter, Certified Shorthand

15     Reporter, Registered Professional Reporter and

16     Certified Realtime Reporter, in a certain cause now

17     pending in the United States District Court, District

18     of Kansas, wherein KENDRA ROSS is the Plaintiff and

19     ROYALL JENKINS, et al., are the Defendants.

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2         For the Plaintiff:

 3         MS. ELIZABETH A. HUTSON
           MCGUIRE WOODS LLP
 4         2001 K Street N.W.
           Suite 400
 5         Washington, D.C., 20006
           (202) 857-1700
 6         ehutson@mcguirewoods.com

 7
           Court Reporter:
 8
           MS. BETH A. KALTENBERGER
 9         CSR, RPR, CRR, CCR MO #1335, KS #1714
           Alaris Litigation Services
10         1608 Locust Street
           Kansas City, Missouri 64108
11         (816) 221-1160
           www.alarislitigation.us
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:19-mc-00201-DDC-TJJ   Document 2-3   Filed 11/27/18   Page 14 of 35

```
 1                    NOVEMBER 13, 2018; 2:30 P.M.

 2

 3                    MS. HUTSON:  My name is Betsy Hutson with

 4    McGuire Woods, representing Plaintiff Judgment

 5    Creditor Kendra Ross.  This is the deposition of

 6    Griegory Moten in the matter of Ross v. Jenkins, Case

 7    Number 2:17-cv-2547 in the United States District

 8    Court for the District of Kansas.

 9                    Mr. Moten was served with a subpoena

10    commanding him to appear at 2:00 p.m. on

11    November 13th, 2018.  It is currently 2:30 p.m., and

12    Mr. Moten has not appeared, and we have not received

13    any calls indicating that Mr. Moten does plan to

14    appear.  We are currently at Stinson Leonard Street,

15    1201 Walnut Street, Suite 2900, Kansas City, Missouri

16    64106.

17                    Exhibit 1 to this deposition is the

18    subpoena that was served on Mr. Moten to testify here

19    today.  Exhibit 2 to this deposition is the affidavit

20    of service of the subpoena on Mr. Moten.

21                    We will keep the deposition open for a time

22    that is mutually agreed, but reserve all rights to

23    enforce the subpoena as it is today.

24                    (Conclusion at 2:30 p.m.)

25                              -o0o-
```

```
 1                    CERTIFICATE OF REPORTER

 2

 3              I, Beth A. Kaltenberger, a Certified Court

 4     Reporter for the State of Missouri, do hereby certify:

 5              That the foregoing proceedings were taken

 6     before me at the time and place herein set forth; that

 7     any witnesses in the foregoing proceedings, prior to

 8     testifying, were placed under oath; that a verbatim

 9     record of the proceedings was made by me to the best

10     of my ability, using machine shorthand which was

11     thereafter transcribed under my direction; further,

12     that the foregoing is a true record of the testimony

13     given.

14              Before completion, review of the transcript

15     was not requested.

16              I further certify that I am not interested

17     in the outcome of the action.

18

19     WITNESS my hand this 19th day of November, 2018.

20

21

22

23

24              _____
                BETH A. KALTENBERGER, RPR
25              MO CCR 1335  KS CCR 1714
```

GRIEGORY MOTEN 11/13/2018

**A**
ability 6:10
action 6:17
affidavit 2:14
 5:19
agreed 5:22
al 1:6 3:6,19
Alaris 4:9
appear 5:10,14
APPEARANC...
 2:6
appeared 5:12

**B**
BEHALF 1:13
best 6:9
Beth 1:16 3:13
 4:8 6:3,24
Betsy 5:3

**C**
C 4:1
calls 5:13
Case 1:5 3:5
 5:6
cause 3:16
CCR 1:16 4:9
 6:25,25
certain 3:16
CERTIFICATE
 2:9 6:1
Certified 3:14,14
 3:16 6:3
certify 6:4,16
City 3:13 4:10
 5:15
commanding
 5:10
completion 6:14
Conclusion
 5:24
Court 1:1 3:1,14
 3:17 4:7 5:8
 6:3
Creditor 5:5
CRR 1:16 4:9
CSR 1:16 4:9

currently 5:11,14

**D**
D 2:1
D.C 4:5
day 3:11 6:19
Defendants 1:7
 3:7,19
deposition 1:12
 2:4,7,12 3:10
 5:5,17,19,21
direction 6:11
District 1:1,1 3:1,1
 3:17,17 5:7,8

**E**
E 2:1 4:1,1
ehutson@mc...
 4:6
ELIZABETH 4:3
enforce 5:23
et 1:6 3:6,19
Exhibit 2:13,14
 5:17,19
EXHIBITS 2:12

**F**
foregoing 6:5,7
 6:12
forth 6:6
further 6:11,16

**G**
given 6:13
Griegory 1:12
 2:7 3:10 5:6

**H**
hand 6:19
Hutson 4:3 5:3
 5:3

**I**
indicating 5:13
INFORMATION
 2:4
interested 6:16

**J**
Jenkins 1:6 3:6
 3:19 5:6
Judgment 5:4

**K**
K 4:4
Kaltenberger
 1:16 3:13 4:8
 6:3,24
Kansas 1:1 3:1,12
 3:18 4:10 5:8
 5:15
keep 5:21
Kendra 1:3 3:3
 3:18 5:5
KS 4:9 6:25

**L**
Leonard 3:12
 5:14
Litigation 4:9
LLP 4:3
Locust 4:10

**M**
machine 6:10
matter 5:6
McGuire 4:3
 5:4
Missouri 3:13
 4:10 5:15 6:4
MO 4:9 6:25
Moten 1:12 2:7
 3:10 5:6,9,12
 5:13,18,20
mutually 5:22

**N**
N 2:1 4:1
N.W 4:4
name 5:3
November 1:14
 3:11 5:1,11 6:19
Number 5:7

**O**

o0o- 5:25
oath 6:8
open 5:21
outcome 6:17

**P**
P 4:1,1
p.m 1:15 3:11 5:1
 5:10,11,24
PAGE 2:3
pending 3:17
place 6:6
placed 6:8
Plaintiff 1:4,13
 3:4,18 4:2 5:4
plan 5:13
prior 6:7
proceedings
 6:5,7,9
Professional
 3:15

**Q**

**R**
R 4:1
Realtime 3:16
received 5:12
record 6:9,12
Registered 3:15
Reporter 2:9
 3:14,15,15,16
 4:7 6:1,4
representing
 5:4
requested 6:15
reserve 5:22
review 6:14
rights 5:22
Ross 1:3 3:3,18
 5:5,6
ROYALL 1:6 3:6
 3:19
RPR 1:16 4:9
 6:24

**S**

S 4:1
SCHEDULED
 1:12 2:7 3:10
served 5:9,18
service 2:14
 5:20
Services 4:9
set 6:6
shorthand 3:14
 6:10
State 6:4
States 1:1 3:1,17
 5:7
Stinson 3:12
 5:14
Street 3:12,12
 4:4,10 5:14,15
subpoena 2:13
 5:9,18,20,23
Suite 4:4 5:15

**T**
taken 1:13 6:5
testify 5:18
testifying 6:8
testimony 6:12
time 5:21 6:6
today 5:19,23
transcribed 6:11
transcript 6:14
true 6:12

**U**
United 1:1 3:1,17
 5:7

**V**
v 5:6
verbatim 6:8
vs 1:5 3:5

**W**
Walnut 3:12
 5:15
Washington 4:5
WITNESS 6:19
witnesses 6:7

GRIEGORY MOTEN  11/13/2018

| | |
|---|---|
| Woods 4:3 5:4 | 5 2:13,14 |
| www.alarisliti ... | |
| 4:11 | 6 |
| | 6 2:9 |
| X | 64106 5:16 |
| X 2:1 | 64108 4:10 |
| | |
| Y | 7 |
| | |
| Z | 8 |
| | 816 4:11 |
| 0 | 857-1700 4:5 |
| | |
| 1 | |
| 1 2:13 5:17 | |
| 1201 3:12 5:15 | |
| 13 1:14 3:11 5:1 | |
| 1335 4:9 6:25 | |
| 13th 5:11 | |
| 1608 4:10 | |
| 17-cv-2547-D ... | |
| 1:5 3:5 | |
| 1714 4:9 6:25 | |
| 19th 6:19 | |
| | |
| 2 | |
| 2 2:14 5:19 | |
| 2:00 1:15 3:11 | |
| 5:10 | |
| 2:17-cv-2547 | |
| 5:7 | |
| 2:30 5:1,11,24 | |
| 20006 4:5 | |
| 2001 4:4 | |
| 2018 1:14 3:11 | |
| 5:1,11 6:19 | |
| 202 4:5 | |
| 221-1160 4:11 | |
| 2900 5:15 | |
| | |
| 3 | |
| 3 2:4 | |
| | |
| 4 | |
| 4 2:6 | |
| 400 4:4 | |
| | |
| 5 | |

RECORD OF NONAPPEARANCE 11/14/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
 2

 3

 4   Kendra Ross,                  )
                                   )
 5        Plaintiff,               )
                                   )
 6   vs.                           )   Case No. 17-cv-2547-DDC-TJJ
                                   )
 7   Royall Jenkins, et al.,       )
                                   )
 8        Defendants.              )

 9

10

11
                     RECORD OF NONAPPEARANCE
12
                 TAKEN ON BEHALF OF THE PLAINTIFF
13
                      NOVEMBER 14, 2018
14

15

16

17

18

19

20

21

22

23

24

25
```

RECORD OF NONAPPEARANCE  11/14/2018

Page 2

```
 1                           I N D E X

 2    WITNESS:                                        PAGE

 3    None

 4

 5                        ----------

 6                      E X H I B I T S

 7    NO.            DESCRIPTION                       PAGE

 8    Exhibit 1      Subpoena                           6

 9    Exhibit 2      Affidavit                          6

10    Exhibit 3      Photographs                        6

11

12    (All exhibits were attached to the original transcript.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF KANSAS
 2

 3

 4    Kendra Ross,                  )
                                    )
 5         Plaintiff,               )
                                    )
 6    vs.                           )    Case No. 17-cv-2547-DDC-TJJ
                                    )
 7    Royall Jenkins, et al.,       )
                                    )
 8         Defendants.              )

 9

10         RECORD OF NONAPPEARANCE, produced, sworn, and

11    examined on November 14, 2018, at the offices of Stinson

12    Leonard Street LLP, 1201 Walnut Street, Kansas City,

13    Missouri, before Mackenzie M. Smith, CCR-MO, in a

14    certain cause now pending in the United States District

15    Court for the District of Kansas, between Kendra Ross,

16    Plaintiff, vs. Royall Jenkins, et al., Defendants; on

17    behalf of the Plaintiff.

18

19

20

21

22

23

24

25
```

RECORD OF NONAPPEARANCE 11/14/2018

Page 4

```
 1                    A P P E A R A N C E S

 2

 3    APPEARING FOR THE PLAINTIFF:

 4        Elizabeth A. Hutson
          McGuire Woods LLP
 5        2001 K Street N.W.
          Suite 400
 6        Washington, D.C. 20006
          202.857.1700
 7        ehutson@mcguirewoods.com

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22    Court Reporter:
      Mackenzie M. Smith, CCR-MO
23    Alaris Litigation Services
      1608 Locust Street
24    Kansas City, Missouri 64108
      816-221-1160
25    1-800-280-3376
```

RECORD OF NONAPPEARANCE 11/14/2018

```
 1       IT IS HEREBY STIPULATED AND AGREED by and between

 2   counsel for the Plaintiff and counsel for the Defendants

 3   that this record of nonappearance may be taken in

 4   shorthand by Mackenzie M. Smith, CCR-MO, within and for

 5   the State of Missouri, and afterwards transcribed into

 6   typewriting.

 7            (All Exhibits were previously marked.)

 8                 *     *     *     *     *

 9       (Record proceedings commenced at 10:32 a.m.)

10            MS. HUTSON:  My name is Betsy Hutson and I'm

11   with McGuire Woods representing plaintiff judgment

12   creditor Kendra Ross.  This is the deposition of

13   Mr. Atif Abdel-Khaliq in the matter of Ross v. Jenkins,

14   case number 2:17-CV-2547 in the United States District

15   Court for the District of Kansas.

16            A private process server attempted to serve

17   Mr. Abdel-Khaliq both at his personal and business

18   address with a subpoena commanding him to appear at

19   10:00 a.m. on November 14, 2018.  At his business

20   address, the process server informed us that

21   Mr. Abdel-Khaliq avoided service and the process server

22   waited at his office until 6:00 p.m. until the office

23   closed and a secretary kicked him out.

24            I spoke with Mr. Abdel-Khaliq over the phone

25   twice about his deposition.  He was aware that the
```

```
 1    deposition was set for 10:00 a.m. on November 14, 2018
 2    but stated that he did not intend to appear.  It is
 3    currently 10:33 a.m. and Mr. Abdel-Khaliq has not
 4    appeared.  We are currently at the law firm of Stinson
 5    Leonard Street, 1201 Walnut Street, Suite 2900, Kansas
 6    City, Missouri, 64106.
 7              Exhibit 1 to this deposition are the two
 8    subpoenas served on Mr. Abdel-Khaliq to testify here
 9    today, one at his business address and one at what we
10    understand to be his home address.  Exhibit 2 to the
11    deposition are the affidavits of service of the
12    subpoenas served on Mr. Abdel-Khaliq.  Exhibit 3 to the
13    deposition are the photos showing the subpoena posted at
14    McIntosh Law Offices, which is Mr. Abdel-Khaliq's
15    business address.
16              We will keep the deposition open for a time
17    that is mutually agreed but reserve all rights to
18    enforce the subpoena as it is today.
19              We can go off the record.
20              (Record proceedings concluded at 10:33 a.m.)
21
22
23
24
25
```

RECORD OF NONAPPEARANCE 11/14/2018

```
 1                    CERTIFICATE OF REPORTER

 2

 3          I, Mackenzie M. Smith, Missouri Certified Court

 4     Reporter #1437(T), do hereby certify that the witness

 5     whose testimony appears in the foregoing record was duly

 6     sworn by me; that the testimony of said witness was

 7     taken by me to the best of my ability and thereafter

 8     reduced to typewriting under my direction; that I am

 9     neither counsel for, related to, nor employed by any of

10     the parties to the action in which this record was

11     taken, and further, that I am not a relative or employee

12     of any attorney or counsel employed by the parties

13     thereto, nor financially or otherwise interested in the

14     outcome of the action.

15

16

17

18                    _____
                       Mackenzie M. Smith
19                     CCR-MO #1437(T)

20

21

22

23

24

25
```

RECORD OF NONAPPEARANCE  11/14/2018

**A**
a.m 5:9,19 6:1,3 6:20
Abdel-Khaliq 5:13,17,21,24 6:3,8,12
Abdel-Khaliq's 6:14
ability 7:7
action 7:10,14
address 5:18 5:20 6:9,10,15
Affidavit 2:9
affidavits 6:11
agreed 5:1 6:17
al 1:7 3:7,16
Alaris 4:23
appear 5:18 6:2
appeared 6:4
APPEARING 4:3
appears 7:5
Atif 5:13
attached 2:12
attempted 5:16
attorney 7:12
avoided 5:21
aware 5:25

**B**
B 2:6
behalf 1:12 3:17
best 7:7
Betsy 5:10
business 5:17 5:19 6:9,15

**C**
C 4:1
case 1:6 3:6 5:14
cause 3:14
CCR-MO 3:13 4:22 5:4 7:19
certain 3:14
CERTIFICATE 7:1
Certified 7:3
certify 7:4
City 3:12 4:24 6:6
closed 5:23
commanding 5:18
commenced 5:9
concluded 6:20
counsel 5:2,2 7:9,12
Court 1:1 3:1,15 4:22 5:15 7:3
creditor 5:12
currently 6:3,4

**D**
D 2:1
D.C 4:6
Defendants 1:8 3:8,16 5:2
deposition 5:12 5:25 6:1,7,11 6:13,16
DESCRIPTION 2:7
direction 7:8
District 1:1,1 3:1,1 3:14,15 5:14,15
duly 7:5

**E**
E 2:1,6 4:1,1
ehutson@mc... 4:7
Elizabeth 4:4
employed 7:9 7:12
employee 7:11
enforce 6:18
et 1:7 3:7,16
examined 3:11
Exhibit 2:8,9,10 6:7,10,12
exhibits 2:12 5:7

**F**
financially 7:13
firm 6:4
foregoing 7:5
further 7:11

**G**
go 6:19

**H**
H 2:6
home 6:10
Hutson 4:4 5:10 5:10

**I**
informed 5:20
intend 6:2
interested 7:13

**J**
Jenkins 1:7 3:7 3:16 5:13
judgment 5:11

**K**
K 4:5
Kansas 1:1 3:1,12 3:15 4:24 5:15 6:5
keep 6:16
Kendra 1:4 3:4 3:15 5:12
kicked 5:23

**L**
law 6:4,14
Leonard 3:12 6:5
Litigation 4:23
LLP 3:12 4:4
Locust 4:23

**M**
M 3:13 4:22 5:4 7:3,18
Mackenzie 3:13 4:22 5:4 7:3
7:18
marked 5:7
matter 5:13
McGuire 4:4 5:11
McIntosh 6:14
Missouri 3:13 4:24 5:5 6:6 7:3
mutually 6:17

**N**
N 2:1 4:1
N.W 4:5
name 5:10
neither 7:9
nonappearan... 1:11 3:10 5:3
November 1:13 3:11 5:19 6:1
number 5:14

**O**
office 5:22,22
offices 3:11 6:14
open 6:16
original 2:12
outcome 7:14

**P**
P 4:1,1
p.m 5:22
PAGE 2:2,7
parties 7:10,12
pending 3:14
personal 5:17
phone 5:24
Photographs 2:10
photos 6:13
plaintiff 1:5,12 3:5,16,17 4:3 5:2,11
posted 6:13
previously 5:7
private 5:16
proceedings
7:18
5:9 6:20
process 5:16,20 5:21
produced 3:10

**Q**

**R**
R 4:1
record 1:11 3:10 5:3,9 6:19,20 7:5,10
reduced 7:8
related 7:9
relative 7:11
Reporter 4:22 7:1,4
representing 5:11
reserve 6:17
rights 6:17
Ross 1:4 3:4,15 5:12,13
Royall 1:7 3:7,16

**S**
S 2:6 4:1
secretary 5:23
serve 5:16
served 6:8,12
server 5:16,20 5:21
service 5:21 6:11
Services 4:23
set 6:1
shorthand 5:4
showing 6:13
Smith 3:13 4:22 5:4 7:3,18
spoke 5:24
State 5:5
stated 6:2
States 1:1 3:1,14 5:14
Stinson 3:11 6:4
STIPULATED 5:1

RECORD OF NONAPPEARANCE 11/14/2018

| | | |
|---|---|---|
| Street 3:12,12 4:5,23 6:5,5 | **Z** | 816-221-1160 4:24 |
| subpoena 2:8 5:18 6:13,18 | **0** | |
| subpoenas 6:8 6:12 | **1** | |
| Suite 4:5 6:5 | 1 2:8 6:7 | |
| sworn 3:10 7:6 | 1-800-280-33... 4:25 | |
| **T** | 10:00 5:19 6:1 10:32 5:9 | |
| T 2:6 | 10:33 6:3,20 | |
| taken 1:12 5:3 7:7,11 | 1201 3:12 6:5 14 1:13 3:11 5:19 | |
| testify 6:8 | 6:1 | |
| testimony 7:5,6 | 1437(T) 7:4,19 | |
| thereto 7:13 | 1608 4:23 | |
| time 6:16 | 17-cv-2547-D ... | |
| today 6:9,18 | 1:6 3:6 | |
| transcribed 5:5 | | |
| transcript 2:12 | **2** | |
| twice 5:25 | 2 2:9 6:10 | |
| two 6:7 | 2:17-CV-2547 5:14 | |
| typewriting 5:6 7:8 | 20006 4:6 2001 4:5 | |
| **U** | 2018 1:13 3:11 5:19 6:1 | |
| understand 6:10 | 202.857.1700 4:6 | |
| United 1:1 3:1,14 5:14 | 2900 6:5 | |
| **V** | **3** | |
| v 5:13 | 3 2:10 6:12 | |
| vs 1:6 3:6,16 | **4** | |
| **W** | 400 4:5 | |
| waited 5:22 | **5** | |
| Walnut 3:12 6:5 | | |
| Washington 4:6 | **6** | |
| witness 2:2 7:4 7:6 | 6 2:8,9,10 | |
| Woods 4:4 5:11 | 6:00 5:22 64106 6:6 | |
| **X** | 64108 4:24 | |
| X 2:1,6 | **7** | |
| **Y** | **8** | |

RECORD OF NONAPPEARANCE 11/14/2018

```
1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
2

3

4    Kendra Ross,                    )
                                     )
5           Plaintiff,               )
                                     )
6    vs.                             )   Case No. 17-cv-2547-DDC-TJJ
                                     )
7    Royall Jenkins, et al.,         )
                                     )
8           Defendants.              )

9

10

11
                     RECORD OF NONAPPEARANCE
12
                TAKEN ON BEHALF OF THE PLAINTIFF
13
                     NOVEMBER 14, 2018
14

15

16

17

18

19

20

21

22

23

24

25
```

RECORD OF NONAPPEARANCE 11/14/2018

```
 1                          I N D E X
 2    WITNESS:                                        PAGE
 3    None
 4
 5                        ----------
 6                        E X H I B I T S
 7    NO.          DESCRIPTION                         PAGE
 8    Exhibit 1    Subpoena                             5
 9    Exhibit 2    Affidavit                            6
10
11    (All exhibits were attached to the original transcript.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF KANSAS
 2

 3

 4    Kendra Ross,                    )
                                      )
 5            Plaintiff,              )
                                      )
 6      vs.                           )    Case No. 17-cv-2547-DDC-TJJ
                                      )
 7    Royall Jenkins, et al.,         )
                                      )
 8            Defendants.             )

 9

10            RECORD OF NONAPPEARANCE, produced, sworn, and

11    examined on November 14, 2018, at the offices of Stinson

12    Leonard Street LLP, 1201 Walnut Street, Kansas City,

13    Missouri, before Mackenzie M. Smith, CCR-MO, in a

14    certain cause now pending in the United States District

15    Court for the District of Kansas, between Kendra Ross,

16    Plaintiff, vs. Royall Jenkins, et al., Defendants; on

17    behalf of the Plaintiff.

18

19

20

21

22

23

24

25
```

RECORD OF NONAPPEARANCE 11/14/2018

```
 1                    A P P E A R A N C E S

 2

 3    APPEARING FOR THE PLAINTIFF:

 4         Elizabeth A. Hutson
           McGuire Woods LLP
 5         2001 K Street N.W.
           Suite 400
 6         Washington, D.C. 20006
           202.857.1700
 7         ehutson@mcguirewoods.com

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22    Court Reporter:
      Mackenzie M. Smith, CCR-MO
23    Alaris Litigation Services
      1608 Locust Street
24    Kansas City, Missouri 64108
      816-221-1160
25    1-800-280-3376
```

```
 1      IT IS HEREBY STIPULATED AND AGREED by and between

 2   counsel for the Plaintiff and counsel for the Defendants

 3   that this record of nonappearance may be taken in

 4   shorthand by Mackenzie M. Smith, CCR-MO, within and for

 5   the State of Missouri, and afterwards transcribed into

 6   typewriting.

 7            (All Exhibits were previously marked.)

 8                 *      *      *      *      *

 9            (Deposition commenced at 2:29 p.m.)

10            MS. HUTSON:  My name is Betsy Hutson with

11   McGuire Woods representing plaintiff judgment creditor

12   Kendra Ross.  This is the deposition of Mr. Marvin

13   McIntosh in the matter of Ross v. Jenkins, case number

14   2:17-CV-2547 in the United States District Court for the

15   District of Kansas.

16            Mr. McIntosh was served with a subpoena

17   commanding him to appear at 2:00 p.m. on November 14,

18   2018.  It is currently 2:30 p.m. and Mr. McIntosh has

19   not appeared and we have not received any calls

20   indicating that Mr. McIntosh plans to appear.  We are

21   currently at the law firm of Stinson Leonard Street,

22   1201 Walnut Street, Suite 2900, Kansas City, Missouri,

23   64106.

24            Exhibit 1 to this deposition is the subpoena

25   that was served on Mr. McIntosh to testify here today.
```

RECORD OF NONAPPEARANCE 11/14/2018

```
 1   Exhibit 2 to the deposition is the affidavit of service
 2   of the subpoena on Mr. McIntosh.
 3              We will keep the deposition open for a time
 4   that is mutually agreed but reserve all rights to
 5   enforce the subpoena as it is today.
 6              (Record proceeding concluded at 2:30 p.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

RECORD OF NONAPPEARANCE 11/14/2018

```
 1                    CERTIFICATE OF REPORTER

 2

 3          I, Mackenzie M. Smith, Missouri Certified Court

 4     Reporter #1437(T), do hereby certify that the witness

 5     whose testimony appears in the foregoing record was duly

 6     sworn by me; that the testimony of said witness was

 7     taken by me to the best of my ability and thereafter

 8     reduced to typewriting under my direction; that I am

 9     neither counsel for, related to, nor employed by any of

10     the parties to the action in which this record was

11     taken, and further, that I am not a relative or employee

12     of any attorney or counsel employed by the parties

13     thereto, nor financially or otherwise interested in the

14     outcome of the action.

15

16

17

18                           _____
                             Mackenzie M. Smith
19                           CCR-MO #1437(T)

20

21

22

23

24

25
```

RECORD OF NONAPPEARANCE 11/14/2018

**A**
ability 7:7
action 7:10,14
affidavit 2:9 6:1
agreed 5:1 6:4
al 1:7 3:7,16
Alaris 4:23
appear 5:17,20
appeared 5:19
APPEARING 4:3
appears 7:5
attached 2:11
attorney 7:12

**B**
B 2:6
behalf 1:12 3:17
best 7:7
Betsy 5:10

**C**
C 4:1
calls 5:19
case 1:6 3:6 5:13
cause 3:14
CCR-MO 3:13 4:22 5:4 7:19
certain 3:14
CERTIFICATE 7:1
Certified 7:3
certify 7:4
City 3:12 4:24 5:22
commanding 5:17
commenced 5:9
concluded 6:6
counsel 5:2,2 7:9,12
Court 1:1 3:1,15 4:22 5:14 7:3
creditor 5:11
currently 5:18

5:21

**D**
D 2:1
D.C 4:6
Defendants 1:8 3:8,16 5:2
deposition 5:9 5:12,24 6:1,3
DESCRIPTION 2:7
direction 7:8
District 1:1,1 3:1,1 3:14,15 5:14,15
duly 7:5

**E**
E 2:1,6 4:1,1
ehutson@mc...4:7
Elizabeth 4:4
employed 7:9 7:12
employee 7:11
enforce 6:5
et 1:7 3:7,16
examined 3:11
Exhibit 2:8,9 5:24 6:1
exhibits 2:11 5:7

**F**
financially 7:13
firm 5:21
foregoing 7:5
further 7:11

**G**
G

**H**
H 2:6
Hutson 4:4 5:10 5:10

**I**
indicating 5:20
interested 7:13

**J**
Jenkins 1:7 3:7 3:16 5:13
judgment 5:11

**K**
K 4:5
Kansas 1:1 3:1,12 3:15 4:24 5:15 5:22
keep 6:3
Kendra 1:4 3:4 3:15 5:12

**L**
law 5:21
Leonard 3:12 5:21
Litigation 4:23
LLP 3:12 4:4
Locust 4:23

**M**
M 3:13 4:22 5:4 7:3,18
Mackenzie 3:13 4:22 5:4 7:3 7:18
marked 5:7
Marvin 5:12
matter 5:13
McGuire 4:4 5:11
McIntosh 5:13 5:16,18,20,25 6:2
Missouri 3:13 4:24 5:5,22 7:3
mutually 6:4

**N**
N 2:1 4:1
N.W 4:5
name 5:10
neither 7:9
nonappearan...

1:11 3:10 5:3
November 1:13
3:11 5:17
number 5:13

**O**
offices 3:11
open 6:3
original 2:11
outcome 7:14

**P**
P 4:1,1
p.m 5:9,17,18 6:6
PAGE 2:2,7
parties 7:10,12
pending 3:14
plaintiff 1:5,12 3:5,16,17 4:3 5:2,11
plans 5:20
previously 5:7
proceeding 6:6
produced 3:10

**Q**
Q

**R**
R 4:1
received 5:19
record 1:11 3:10 5:3 6:6 7:5,10
reduced 7:8
related 7:9
relative 7:11
Reporter 4:22 7:1,4
representing 5:11
reserve 6:4
rights 6:4
Ross 1:4 3:4,15 5:12,13
Royall 1:7 3:7,16

**S**
S 2:6 4:1

served 5:16,25
service 6:1
Services 4:23
shorthand 5:4
Smith 3:13 4:22 5:4 7:3,18
State 5:5
States 1:1 3:1,14 5:14
Stinson 3:11 5:21
STIPULATED 5:1
Street 3:12,12 4:5,23 5:21 5:22
subpoena 2:8 5:16,24 6:2,5
Suite 4:5 5:22
sworn 3:10 7:6

**T**
T 2:6
taken 1:12 5:3 7:7,11
testify 5:25
testimony 7:5,6
thereto 7:13
time 6:3
today 5:25 6:5
transcribed 5:5
transcript 2:11
typewriting 5:6 7:8

**U**
United 1:1 3:1,14 5:14

**V**
v 5:13
vs 1:6 3:6,16

**W**
Walnut 3:12 5:22
Washington 4:6

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

RECORD OF NONAPPEARANCE  11/14/2018

| | | | | |
|---|---|---|---|---|
| witness 2:2 7:4<br>7:6<br>Woods 4:4 5:11 | 6 2:9<br>64106 5:23<br>64108 4:24 | | | |
| X | 7 | | | |
| X 2:1,6 | | | | |
| | 8 | | | |
| Y | 816-221-1160<br>4:24 | | | |
| Z | | | | |
| 0 | | | | |
| 1 | | | | |
| 1 2:8 5:24<br>1-800-280-33...<br>4:25<br>1201 3:12 5:22<br>14 1:13 3:11 5:17<br>1437(T) 7:4,19<br>1608 4:23<br>17-cv-2547-D...<br>1:6 3:6 | | | | |
| 2 | | | | |
| 2 2:9 6:1<br>2:00 5:17<br>2:17-CV-2547<br>5:14<br>2:29 5:9<br>2:30 5:18 6:6<br>20006 4:6<br>2001 4:5<br>2018 1:13 3:11<br>5:18<br>202.857.1700<br>4:6<br>2900 5:22 | | | | |
| 3 | | | | |
| 4 | | | | |
| 400 4:5 | | | | |
| 5 | | | | |
| 5 2:8 | | | | |
| 6 | | | | |